**UNITED STATES DISTRICT COURT**　　　　　**EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:13-CV-46 |
| | § | |
| 2004 FORD F150 TRUCK | § | |
| VIN 1FTPW12544KD40550, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ORDER

The Court referred this civil forfeiture matter to United States Magistrate Judge Keith F. Giblin for consideration and recommended disposition of case-dispositive pretrial motions. Judge Giblin issued a report in which he recommended that the Court deny the *pro se* claimant's motion to vacate default. The parties have not filed objections to the report.

The court ORDERS that the magistrate judge's Report and Recommendation (#11) is ADOPTED. The Court further ORDERS that the *pro se* motion to vacate default (#10) is GRANTED. The Court directs the Clerk to strike the entry of default (#8) from the docket. The United States' corresponding motion for default judgment (#7) is DENIED as moot.

SIGNED at Beaumont, Texas, this 26th day of August, 2013.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE